No. 178, Misc.   SCHNEIDER *v.* CALIFORNIA ET AL.   Supreme Court of California.   Certiorari denied.

No. 182, Misc.   SULLIVAN *v.* SCHNECKLOTH, ASSOCIATE WARDEN.   Supreme Court of California.   Certiorari denied.

No. 184, Misc.   LOVELL *v.* ROBINSON, WARDEN.   Criminal Court of Cook County, Illinois.   Certiorari denied.

No. 185, Misc.   WALLACE *v.* ALVIS, WARDEN.   Supreme Court of Ohio.   Certiorari denied.

No. 187, Misc.   SHOTKIN *v.* PERKINS ET AL.   C. A. 10th Cir.   Certiorari denied.   *Walter F. Dodd* for petitioner.   *John W. Metzger,* Attorney General of Colorado, and *Vincent Cristiano,* Assistant Attorney General, for respondents.

No. 192, Misc.   WASHINGTON *v.* LOUISIANA.   Supreme Court of Louisiana.   Certiorari denied.   *Victor Rabinowitz* for petitioner.

No. 174, Misc.   DOWDY ET AL. *v.* LOUISIANA.   Supreme Court of Louisiana.   Certiorari denied.   MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion the petition should be granted.

No. 12, Original.   UNITED STATES *v.* LOUISIANA, 339 U. S. 699.   Rehearing denied.   MR. JUSTICE JACKSON and MR. JUSTICE CLARK took no part in the consideration or decision of this application.